IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JACK A. DAVIS,                    )
                                  )
    Plaintiff,                    )
                                  )      CIVIL ACTION NO.
    v.                            )        2:15cv270-MHT
                                  )            (WO)
ALABAMA DEPT. OF                  )
CORRECTIONS, et al.,              )
                                  )
    Defendants.                   )
```

## JUDGMENT

Upon review of the recommendation of the United States Magistrate Judge and an independent and de novo review of the record, and there being no objections to the recommendation, it is ORDERED, ADJUDGED, AND DECREED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 5) is adopted.

(2) Defendants Alabama Department of Corrections and Lowndes County Jail are dismissed with prejudice and terminated as parties.

(3) This case is referred back to the magistrate judge for further proceedings.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 4th day of June, 2015.

                          /s/ Myron H. Thompson  
                          **UNITED STATES DISTRICT JUDGE**