IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| JACK A. DAVIS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv270-MHT |
| | ) | (WO) |
| CHRIS WEST and JOHN WILLIAMS, | ) | | |
| | ) | | |
| Defendants. | ) | | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Jack A. Davis, a state inmate, filed this lawsuit complaining about the conditions of confinement during his prior term of incarceration at Lowndes County Jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss should be granted and that this case should be dismissed with prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of November, 2015.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**